CENTER FOR DISABILITY ACCESS
Ray Ballister Jr., Esq., SBN 111282
Russell Handy, Esq., SBN 195058
Dennis Price, Esq., SBN 279082
Amanda Seabock, Esq., SBN 289900
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| CHRIS LANGER, | Case: 3:20-cv-01814-DMS-KSC |
|---|---|
| Plaintiff, | **NOTICE OF DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(2)** |
| v. | |
| DMSD FOODS, INC., a California Corporation; and Does 1-10 | |
| Defendants. | |

## NOTICE

Pursuant to F.R.CIV.P.41 (a)(2), PLEASE TAKE NOTICE THAT the plaintiff hereby voluntarily dismisses the entire case, with prejudice.

Dated: November 04, 2020     CENTER FOR DISABILITY ACCESS

By:   s/ Amanda Seabock
      Amanda Seabock
      Attorneys for Plaintiff